# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv138

| | |
|---|---|
| ALVIN RICHARD HUSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon review of a paper writing submitted to the court by plaintiff on August 27, 2008 (Docket Entry #14) and the government's response to that letter.

First, plaintiff contends that based on a statement he received from the Social Security Administration in the mail, he has been found to be disabled by the Commissioner. Plaintiff is mistaken as to the import of the statement as it is simply a periodic statement received by all workers covered by Social Security, including the undersigned. The portion that has caused confusion for the plaintiff is the part of the letter dealing with the estimated amount of disability benefits *if* plaintiff were determined to be disabled by the Commissioner. Every worker covered by Social Security is informed of this so that they may plan and, perhaps, purchase additional private disability insurance.

Second, plaintiff has attached a number of other documents to his letter, including a July 17, 2008, Notice of Decision that was apparently issued by

NCDHHS, and some medical records. This court's review of plaintiff's Complaint in this matter is limited to the administrative record as a matter of law, and the court simply cannot look outside that record. These additional documents are already contained in the administrative record making such submission cumulative, thus this filing by plaintiff would not justify remand of this case to the Commissioner under sentence six of 42, United States Code, Section 405(g).

**Plaintiff is advised that the pleadings have now closed, that nothing more can be submitted by either party**, and that the court will conduct the required review of the final decision of the Commissioner to determine whether such decision is supported by substantial evidence. Such decision will likely issue by the end of this month.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's paper writing submitted to the court on August 27, 2008 (Docket Entry #14) is **DENIED** to the extent such pleading seeks to present additional evidence in support of remand under sentence six.

Signed: October 15, 2008

Dennis L. Howell
United States Magistrate Judge